UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Michael S. Waters, Esq.
Jeffrey Bernstein, Esq.
Nicole Leonard, Esq.
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone:  (973) 622-7711
Facsimile:  (973) 622-5314
E-Mail: mwaters@mdmc-law.com
E-Mail: jbernstein@mdmc-law.com
E-Mail: nleonard@mdmc-law.com
*Attorneys for the Chapter 7 Trustees, Eric R. Perkins, Esq.
and Catherine Youngman, Esq.*

| | |
|---|---|
| In re:<br><br>JESAL PATWARI,<br><br>        Debtor. | |
| ERIC R. PERKINS, ESQ. in his capacity as Chapter 7 Trustee for the Estate of Jesal Patwari and CATHERINE YOUNGMAN, ESQ. *Chapter 7 Trustee for Shapat, Inc., Patwari, LLC, Shapat 2, LLC, and Shapat 3, LLC,*<br>        Plaintiffs,<br>v.<br><br>SUSHEELA VERMA,<br><br>        Defendant. | Honorable Novalyn L. Winfield, U.S.B.J.<br><br>Chapter 7<br><br>CASE NO. 08-26178 (NLW)<br><br>Adv. Pro. No. 10-02104 (NLW) |

### ORDER GRANTING CHAPTER 7 TRUSTEES'
### MOTION FOR PARTIAL SUMMARY JUDGMENT

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: 4/22/2014**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

2212965

**PAGE**   2
**DEBTOR:**                In re JESAL PATWARI, Chapter 7
**CASE NO.**               CASE NO. 08-26178 (NLW); Adv. Pro. No. 10-02104 (NLW)
**CAPTION OF ORDER**:  **ORDER GRANTING CHAPTER 7 TRUSTEES'**
                      **MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter came before the Court on the motion of Eric R. Perkins, Esq., Chapter 7 Trustee for the Estate of Jesal Patwari and Catherine Youngman, Esq., Chapter 7 Trustee for Shapat, Inc., Patwari, LLC, Shapat 2, LLC, and Shapat 3, LLC (collectively, the "Trustees"), by and through their counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLC for an Order Granting Partial Summary Judgment requiring return of certain fees paid from the Debtors' estates to Debtors' unauthorized former counsel and directing turnover of such payments to the estates (the "Motion") and, it appearing that: the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); proper and sufficient notice of this Motion having been given; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing; the following is hereby

ORDERED:

1.      The Motion is Granted and summary judgment shall be entered in favor of the Trustees against Susheela Verma and The Law Office of Susheela Verma with respect to turnover of the $15,500.00 as set forth in the Motion.

2.      The Bankruptcy Court shall retain jurisdiction to enforce the terms of this Order.

2212965

*Approved by Judge Novalyn L. Winfield April  22, 2014*